# REHEARING DOCKET

**90–1481.** State, ex rel. Fenton, v. Dept. of Human Serv. *Franklin County*, No. 88AP–120. Reported at 63 Ohio St.3d 481, 589 N.E.2d 11. On motion for rehearing. Rehearing denied. HOLMES and WRIGHT, JJ., dissent.

**90–2013.** State, ex rel. Thompson, v. Indus. Comm. *Franklin County*, No. 89AP–988. Reported at 63 Ohio St.3d 287, 586 N.E.2d 1085. On motion for rehearing. Rehearing denied. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**90–2286.** University Hosp., Univ. of Cincinnati College of Medicine v. State Emp. Relations Bd. *Hamilton County*, Nos. C–890225 and C–890231. Reported at 63 Ohio St.3d 339, 587 N.E.2d 835. On motion for rehearing and on motions for leave to file *amicus* of Medical College of Ohio and Ohio Hospital Association. Motions denied.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**91–331.** Peters v. State Lottery Comm. *Franklin County*, No. 90AP–194. Reported at 63 Ohio St.3d 296, 587 N.E.2d 290. On motion for rehearing. Rehearing denied.

**91–1934.** Taylor v. Triple A in the USA, Inc. *Belmont County*, No. 90–B–13. Reported at 63 Ohio St.3d 1426, 588 N.E.2d 127. On motion for rehearing. Rehearing denied.

**91–2285.** State v. Mitchell. *Franklin County*, No. 91AP–428. Reported at 63 Ohio St.3d 1404, 585 N.E.2d 426. On motion for rehearing. Rehearing denied.

**91–2438.** Brown v. Consolidated Rail Corp. *Erie County*, No. E–90–35. Reported at 63 Ohio St.3d 1431, 588 N.E.2d 131. On motion for rehearing. Rehearing denied.
HOLMES and WRIGHT, JJ., dissent.

**91–2555.** Gotto v. Gotto. *Summit County*, No. 15073. Reported at 63 Ohio St.3d 1428, 588 N.E.2d 129. On motion for rehearing. Rehearing denied.

**92–57.** State, ex rel. Schramm, v. Cook. In Mandamus. Reported at 63 Ohio St.3d 1415, 586 N.E.2d 123. On motion for rehearing. Rehearing denied.

**92–70.** Abdullah v. Convention & Visitors Bur. *Cuyahoga County*, No. 61270. Reported at 63 Ohio St.3d 1423, 587 N.E.2d 304. On motion for rehearing. Rehearing denied.

**92–93.** In re Wuliger. Reported at 62 Ohio St.3d 1505, 583 N.E.2d 1317. On motion for rehearing and on request on oral argument. Motion and request denied.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–249.** American Heart Assn. v. Walton. *Marion County*, No. 9–90–52. Reported at 63 Ohio St.3d 1426, 588 N.E.2d 127. On motion for rehearing and for cancellation of entry. Motion denied.

**92–250.** American Heart Assn. v. Walton. *Marion County*, No. 9–90–63. Reported at 63 Ohio St.3d 1427, 588 N.E.2d 127. On motion for rehearing and for cancellation of entry. Motion denied.

**92–262.** State, ex rel. Griffin, v. Cook. In Mandamus. Reported at 63 Ohio St.3d 1427, 588 N.E.2d 127. On motion for rehearing. Rehearing denied.

# DISCIPLINARY DOCKET

**90–400.** Cincinnati Bar Assn. v. Kasson. Lee Kasson is found in contempt.

**91–417.** Findlay/Hancock Cty. Bar Assn. v. Leatherman. Michael J. Leatherman is found in contempt. If the contemnor does not purge himself within ten days of this order by paying his board costs in full, he will be indefinitely suspended from the practice of law.

**92–167.** In re Resignation of White. On request for extension of time and, *sua sponte*, for sealing of psychological evaluations. Request granted for sixty days; evaluations to be sealed.